No. 87–6235. CREEL v. PFEIFFER. C. A. 5th Cir. Certiorari denied.

No. 87–6453. ECONOMOU ET UX. v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 87–6491. PAVLICO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–6581. LOPEZ ANDINO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 87–6633. HERNANDEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–6643. JONES v. SECRETARY OF TREASURY. C. A. 9th Cir. Certiorari denied.

No. 87–6650. WATSON v. JARVIS, SHERIFF, DEKALB COUNTY, GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 87–6697. CAUSEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–6738. HYDE v. HYDE. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 87–6761. LARISCEY v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–6766. SHANAHAN v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 87–6767. ROLLING v. CLARKE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 87–6769. CREEL v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Ct. Crim. App. Tex. Certiorari denied.

No. 87–6770. OLSON ET AL. v. CHANUTE PRODUCTION CREDIT ASSN. C. A. 10th Cir. Certiorari denied.

No. 87–6810. MADSON v. COLORADO. Ct. App. Colo. Certiorari denied.